UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

STEVEN NUNEZ,

                Plaintiff,

- against -

CITIBANK, N.A.,

                Defendant.

----------------------------------------X

Civil Action No. 08-CV-5398 (BSJ)

**STIPULATION EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties, that the time for defendant Citibank, N.A. ("Citibank") to answer, move, or otherwise respond to the allegations of the Verified Complaint of plaintiff Steven Nunez is extended from July 21, 2008 up to and including August 20, 2008. By entering into this stipulation, Citibank does not waive any defenses that may be available to it including, but not limited to, improper service of process, lack of personal jurisdiction, improper venue, or an agreement to arbitrate disputes.

SILLS CUMMIS & GROSS P.C.
Attorneys for Defendant
Citibank, N.A.
One Rockefeller Plaza
New York, New York 10020
(212) 643-7000

By: _____
WILLIAM R. HORWITZ (WH 7370)

Dated: July 17, 2008

PHILLIPS, KRANTZ & ASSOCIATES
Attorneys for Plaintiff
Steven Nunez
204 West 84th Street
New York, New York 10024
(212) 580-6500

By: _____
JASON G. KRANTZ (JK 0166)

Dated: July ___, 2008

SO ORDERED:

_____
HON. BARBARA S. JONES, U.S.D.J.

7/21/08

1480781

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08