UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
:
STEVEN NUNEZ, :
: Civil Action No. 08-CV-5398 (BSJ)
Plaintiff, :
: **ECF CASE**
- against - :
: **NOTICE OF MOTION TO COMPEL**
CITIBANK, N.A., : **ARBITRATION AND DISMISS OR**
: **STAY THE PROCEEDINGS**
Defendant. :
:
------------------------------------------------------x

TO:   Jason G. Krantz, Esq.
      Phillips, Krantz & Associates
      Attorneys for Plaintiff
      Steven Nunez
      204 West 84th Street
      New York, New York  10024

PLEASE TAKE NOTICE that upon the accompanying Brief in Support of Motion to Compel Arbitration and Certification of Ruth A. Pollock, defendant Citibank, N.A. ("Citibank"), by and through its attorneys Sills Cummis & Gross P.C., will move before this Court at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 620, New York, New York, on the ___ day of _____, 2008, for an Order pursuant to Fed. R. Civ. P. 12(b)(1) and (6) and the Federal Arbitration Act, compelling arbitration and staying or dismissing the Verified Complaint in its entirety.

PLEASE TAKE FURTHER NOTICE that Citibank, N.A. requests that oral argument be held on a date and at a time to be designated by the Court.

1501051

Dated: New York, New York
       August 20, 2008

                        SILLS CUMMIS & GROSS P.C.
                        Attorneys for Defendant
                        Citibank, N.A.
                        One Rockefeller Plaza
                        New York, New York 10020
                        (212) 643-7000

                        S/DAVID W. GARLAND (DG-7506)

1501051