UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

STEVEN NUNEZ,

                Plaintiff,

      - against -

CITIBANK, N.A.,

             Defendant.

-------------------------------------------------------x

Civil Action No. 08-CV-5398 (BSJ)

**ECF CASE**

**<u>RULE 7.1 STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Citibank, N.A.

states that its parent corporations are: Citicorp Holdings Inc. and Citigroup Inc.

No other publicly held corporation owns 10% or more of Citibank, N.A. stock.

Dated: New York, New York
       August 20, 2008

           Respectfully submitted,

           SILLS CUMMIS & GROSS P.C.
           Attorneys for Defendant
           Citibank, N.A.
           One Rockefeller Plaza
           New York, New York  10020
           (212) 643-7000

           WILLIAM R. HORWITZ (WH 7370)